JUDGE BATTS

07 CV 7307

394-07/MEU
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
MERIDIAN BULK CARRIERS, LTD.
80 Pine Street
New York, NY 10005
Telephone: (212) 425-1900 / Facsimile: (212) 425-1901
Michael E. Unger (MU 0045)
Lawrence J. Kahn (LK 5215)


RECEIVED
AUG 15 2007
U.S.D.C. S.D.N.Y.
CASHIERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x   07 CIV.        (        )
MERIDIAN BULK CARRIERS, LTD.,
                                                                  **RULE 7.1 STATEMENT**
                            Plaintiff,

        -against-

ES CHARTERING LIMITED,

                            Defendants.
---------------------------------------------------------------x

MERIDIAN BULK CARRIERS, LTD., by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it is a private (non-governmental) party, has no corporate parents, and that no publicly-held corporation in the United States owns 10% or more of the stock of the company.

Dated: New York, New York
       August 15, 2007

                                    FREEHILL HOGAN & MAHAR, LLP
                                    Attorneys for Plaintiff
                                    MERUIDIAN BULK CARRIERS, LTD.

        By:      _____
                                    Michael E. Unger (MU 0045)
                                    Lawrence J. Kahn (LK 5215)
                                    80 Pine Street
                                    New York, NY 10005
                                    Telephone: (212) 425-1900
                                    Facsimile: (212) 425-1901

NYDOCS1/288366.1